IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALE WERNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 09-cv-00891-JPG-PMF |
| ) | |
| ) | |
| GROUP HEALTH PLAN, INC., A ) | |
| COVENTRY HEALTH CARE PLAN and ) | |
| CASSENS INSURANCE AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  April 4, 2012

NANCY ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:  _s/J. Phil Gilbert_
           J. PHIL GILBERT
           U. S. DISTRICT JUDGE